

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00089-CV

_____

PAMELA LOU BURDEN, Appellant

V.

STEVEN BRADLEY BURDEN, Appellee

On Appeal from the County Court
Delta County, Texas
Trial Court No. 1942

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Pamela Lou Burden appeals from a judgment against her in a forcible detainer/eviction lawsuit. The judgment awarded Steven Bradley Burden possession of the premises to her exclusion. A clerk's record has been filed, and the reporter's record for the proceeding is now past due. Pamela has filed multiple affidavits of indigence, which were not timely contested by any proper party, and has requested preparation of a free record. *See* TEX. R. APP. P. 20.1.

Pamela is, therefore, presumptively indigent. A court reporter is to prepare, without cost, a statement of facts in a civil case only if

> (1)     an affidavit of inability to pay the cost of the appeal has been filed under the Texas Rules of Appellate Procedure; and
> (2)     the trial judge finds:
>> (A)     the appeal is not frivolous; and
>> (B)     the statement of facts and the clerk's transcript is needed to decide the issue presented by the appeal.
> (b)     In determining whether an appeal is frivolous, a judge may consider whether the appellant has presented a substantial question for appellate review.
> (c)     The trial judge may order a clerk of a court to prepare a transcript, or any part of the transcript, necessary for making the determination required by Subsection (a)(2).

TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002).

The findings required before we can determine whether the court reporter is required to transcribe this record without cost have not been made by the trial court. We, therefore, abate this appeal to the trial court so that such findings can be made. The trial court may conduct a hearing if necessary.

The trial court's findings concerning the above matters shall be provided in a supplemental clerk's record. The supplemental clerk's record and the reporter's record of any

hearing that is conducted shall be prepared immediately, and shall be **received** by this Court no later than September 20, 2013.

All appellate timetables are stayed pending further notice of this Court.

IT IS SO ORDERED.

BY THE COURT

Date: September 10, 2013